UNITED STATES U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
:
RALPH L. SANDERS,                                           :
                                                            :    CASE NO. 15-CV-7027
               Plaintiff,                          :
                                                            :    ***ELECTRONICALLY FILED***
   -against-                                               :
                                                            :
TEMENOS, USA,                                               :
                                                            :
               Defendant.                          :
                                                            :
----------------------------------------------------------- X

<b><u>NOTICE OF MOTION TO DISMISS COMPLAINT</u></b>

**PLEASE TAKE NOTICE** that under Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), the Local Rules of the Southern District of New York, and this Court's Special Rules & Practices in Civil *Pro Se* Cases, and upon the accompanying memorandum of law in support of this motion, Defendant Temenos USA, Inc. (incorrectly named in the complaint as "Temenos, USA") hereby moves to be heard before the Honorable Ronnie Abrams, United States District Court Judge, on a date and at a time designated by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff Ralph L. Sanders's Complaint.

Dated: New York, New York
       August 18, 2016

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

        By: /s Laura C. Rowntree
        Laura C. Rowntree
        101 Park Avenue
        New York, NY 10078-0060
        Tel.: (212) 309-6000
        Fax: (212) 309-6001
        laura.rowntree@morganlewis.com

        *Attorney for Defendant*