UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH L. SANDERS,

                        Plaintiff,

        -against-

TEMENOS, USA,

                        Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 05 2016

15-CV-7027 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff Ralph L. Sanders requests an "extension of Time [i]n order to format motion with supporting case law and supporting documentation to have Mr. Dalian McManus sworn declaration stricken due to his statements. Plus additional documentation with supporting case law that New York is the proper venue for the FMLA claim to be filed" (Dkt 17) and an "Extension of Time to disprove Mr. Dallan McManus sworn declaration" (Dkt 18). The Court shall construe these two requests for extensions of time as requests to file a sur-reply, which the Court grants.

      It is hereby ORDERED that Sanders has until October 26, 2016 to file a sur-reply and any materials he would like to the Court to consider in ruling on Defendant's Motion to Dismiss the Complaint. If the Court does not hear from Sanders by October 26, 2016, it shall proceed to rule on the Defendant's Motion to Dismiss based on the papers submitted to date.

SO ORDERED.

Dated:   October 5, 2016
            New York, New York

                                                  RONNIE ABRAMS
                                                United States District Judge